IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. GRIFFIN, | No. 2:15-cv-1776-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| S. PERRY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 22) to file objections to the court's September 15, 2016, findings and recommendations.  Good cause appearing therefor, the request is granted.  The parties may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: September 30, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1