IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


TIMOTHY C. GRIFFIN,                          No. 2:15-cv-1776-MCE-CMK-P

              Petitioner,

        vs.                                  ORDER

S. PERRY,

              Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for
a stay of these proceedings (Doc. 24). Petitioner argues that the relevant issue in the
respondent's motion to dismiss is currently certified by the Ninth Circuit to the California
Supreme Court. This issue relates to amount of time between filing state petitions that is
reasonable in order to qualify for a so called "gap tolling." Petitioner argues until the California
Supreme Court answers the question, this court should not proceed on the motion to dismiss.

        However, this court is bound by the decisions of the Ninth Circuit. Until such
time as the Ninth Circuit rules otherwise, the discussion set forth in the findings and
recommendations remain the current law. If the findings and recommendations are adopted, and

                                            1

1   petitioner's petition is dismissed, plaintiff may chose to pursue an appeal of the issue.  In the

2   meantime, the undersigned finds no good cause to issue a stay in these proceedings.

3              Accordingly, IT IS HEREBY ORDERED that petitioner's motion to stay (Doc.

4   24) is denied.

6   DATED:  September 18, 2017

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE