# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. GRIFFIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. PERRY,<br><br>　　　　　Respondent. | No. 2:15-CV-1776-MCE-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was issued on September 26, 2017, and this case was closed. See ECF Nos. 27 and 28. Petitioner appealed, see ECF No. 29, but the appeal was later voluntarily dismissed, see ECF No. 34. Pending before the Court is petitioner's motion for the appointment of counsel, see ECF No. 30, filed concurrently with petitioner's notice of appeal.

Petitioner's motion is construed as motion for appointment of counsel on appeal and, so construed, is denied because petitioner voluntarily dismissed the appeal.

IT IS SO ORDERED.

Dated: March 30, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1